UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEAH HOLLIS,

        Plaintiff,

-against-

HOFSTRA UNIVERSITY, JENNIFER
BOSCORINO GREEN, and JAYNE
BROWNELL,

        Defendants.
------------------------------------------------------------X

**ORDER**
CV 10-1003 (SJF)(ARL)

**LINDSAY, Magistrate Judge:**

    Before the court is defendants' letter application dated December 21, 2010, informing the court that the parties have reached a settlement in principal that would resolve the litigation and seeking, on consent, a stay of defendants' motion to compel dated December 17, 2010 and plaintiff's response to the motion due today. The application is granted, in part.

    The court directs that the parties submit on or before January 3, 2011 a status report of the settlement. The court will also extend the time for plaintiff to respond to the motion to compel to January 3, 2011. The parties are reminded that they have until January 12, 2011 to complete all outstanding discovery that was timely served. Judge Feuerstein has scheduled this case for a pretrial conference on February 10, 2011 and expects the case to be trial ready by that date in the event that the settlement has not been fully executed.

Dated: Central Islip, New York
       December 22, 2010

**SO ORDERED:**

_____/s_____
ARLENE R. LINDSAY
United States Magistrate Judge